United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 11, 2004**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

No. 03-30797
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD RAY DAVIS, also known as Dog Man,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
(02-CR-50062-ALL)

Before, BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed appellate counsel for Donald Ray Davis has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Davis was advised of the motion and served with a copy of his counsel's brief, but has not filed a response.

Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Appointed counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities, and the appeal is **DISMISSED**.  *See* 5TH CIR.

R. 42.2.

*MOTION GRANTED; APPEAL DISMISSED*